1 | GARY M. RESTAINO
United States Attorney
2 | District of Arizona

3 | CHRISTINA J. REID-MOORE
Assistant United States Attorney
4 | Arizona State Bar No. 018579
Two Renaissance Square
5 | 40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
6 | Telephone: 602-514-7500
Email: Christina.reid-moore@usdoj.gov
7 | Attorneys for Plaintiff

```
☑ FILED      ___ LODGED
___ RECEIVED ___ COPY

     MAR 1 5 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

8

9

10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 11  United States of America, | No. **CR-22-167-PHX-DLR (MHB)** |
| 12            Plaintiff, | **REDACTED** |
| 13       vs. | **I N D I C T M E N T** |
| 14 | VIO:  18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3) |
| 15  Victor Adrian Shortey, | (CIR – Abusive Sexual Contact of a Minor) |
| 16            Defendant. | Count 1 |
| 17 | 18 U.S.C. §§ 1153, 2243(a), and 2246(2) |
| 18 | (CIR – Sexual Abuse of a Minor) Counts 2, 4, and 5 |
| 19 | 18 U.S.C. §§ 1153, 2241(c), and 2246(2) |
| 20 | (CIR – Aggravated Sexual Abuse of a Child) |
| 21 | Count 3 |

22

23 THE GRAND JURY CHARGES:

24 <center>**COUNT 1**</center>

25   On or between May 1, 2017 and November 30, 2017, in the District of Arizona,

26 within the confines of the Colorado River Indian Tribes Indian Reservation, Indian

27 Country, the defendant, VICTOR ADRIAN SHORTEY, an Indian, did knowingly engage

28 in a sexual contact with the victim, Jane Doe, a child who had attained the age of 12, but

1    had not attained the age of 16, and was at least 4 years younger than the defendant.  The

2    sexual contact involved intentional touching, directly and through the clothing, of the

3    victim's buttocks with the defendant's hand, with an intent to abuse, humiliate, harass and

4    degrade the victim, and arouse and gratify the sexual desire of the defendant, and refers to

5    the first time this alleged sexual contact was committed by the defendant against the victim

6    and is alleged to have occurred in the victim's bedroom.

7          In violation of Title 18, United States Code, Sections 1153, 2244(a)(3), and 2246(3).

8                                       **COUNT 2**

9          On or between May 1, 2017 and November 30, 2017, in the District of Arizona,

10   within the confines of the Colorado River Indian Tribes Indian Reservation, Indian

11   Country, the defendant, VICTOR ADRIAN SHORTEY, an Indian, did knowingly engage

12   in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained

13   the age of 12, but had not attained the age of 16, and was at least 4 years younger than the

14   defendant.  The sexual act involved contact between the defendant's fingers and the

15   victim's genital opening, upon penetration, however slight, with an intent to abuse,

16   humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the

17   defendant, and refers to the first time this alleged sexual act was committed by the

18   defendant against the victim and is alleged to have occurred in the victim's bedroom.

19          In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2).

20                                       **COUNT 3**

21          On or between May 1, 2017 and November 30, 2017, in the District of Arizona,

22   within the confines of the Colorado River Indian Tribes Indian Reservation, Indian

23   Country, the defendant, VICTOR ADRIAN SHORTEY, an Indian did knowingly engage

24   in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained

25   the age of 12, but had not attained the age of 16, and was at least 4 years younger than the

26   defendant, by using force against her.  The sexual act involved contact between the

27   defendant's penis and the victim's anus, upon penetration, however slight, and refers to the

28   first time this alleged sexual act was committed by the defendant against the victim and is

alleged to have occurred in the victim's bedroom.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

## COUNT 4

On or between May 1, 2017 and November 30, 2017, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, the defendant, VICTOR ADRIAN SHORTEY, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and was at least 4 years younger than the defendant. The sexual act involved contact between the defendant's fingers and the victim's anal opening, upon penetration, however slight, with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant, and refers to the first time this alleged sexual act was committed by the defendant against the victim and is alleged to have occurred in the victim's bedroom.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2).

## COUNT 5

On or between May 1, 2017 and November 30, 2017, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, the defendant, VICTOR ADRIAN SHORTEY, an Indian did knowingly engage in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and was at least 4 years younger than the defendant. The sexual act involved contact between the defendant's penis and the victim's anus, upon penetration, however slight, and refers to the last time this alleged sexual act was committed by the defendant against the victim and is alleged to have occurred in the victim's bedroom.

//

//

//

//

1    In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2).

2                                                A TRUE BILL

3

4                                                          s/
                                                _____
5                                                FOREPERSON OF THE GRAND JURY
                                                Date:  March 15, 2022
6

7    GARY M. RESTAINO
     United States Attorney
     District of Arizona
8

9          s/
     _____
10   CHRISTINA J. REID-MOORE
     Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28